RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 7/25/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CALVIN LEWIS**<br>LA. DOC #117327 | CIVIL ACTION NO. 3:11-cv-0396 |
| | SECTION P |
| **VERSUS** | |
| | JUDGE ROBERT G. JAMES |
| **SHERIFF LARRY COX, ET AL.** | MAGISTRATE JUDGE KAREN L. HAYES |

JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 5], which has been adopted by this Court, and for those additional reasons stated in the Court's Ruling, after an independent review of the record, including Plaintiff's objections,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

MONROE, LOUISIANA, 25 day of July, 2011.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE